# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRACY CANTRELL, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> CAROLYN W. COLVIN, Acting ) <br> Commissioner of Social Security ) <br> Administration, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:12-cv-01504-GMN-GWF <br><br> **ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE GEORGE W. FOLEY, JR.** |

Before the Court for consideration is the Report and Recommendation (ECF No. 25) of the Honorable George W. Foley, Jr., United States Magistrate Judge, entered September 10, 2013, regarding Plaintiff's Motion for Reversal and/or Remand (ECF 23) filed on April 16, 2013, and Defendant's Cross-Motion for Summary Judgment and its Opposition to Plaintiff's Motion for Reversal and/or Remand (ECF No. 24) filed on May 9, 2013.

Pursuant to Local Rule IB 3-2(a), objections were due by September 27, 2013.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Foley's Recommendations should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Reversal and/or Remand (ECF No. 23) is hereby **DENIED**.

**IT IS FURTHER ORDERED** that the Commissioner's Cross-Motion for Summary Judgment (ECF No. 24) is hereby **GRANTED**.

/ / /

1      **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment
2   accordingly.
3      **DATED** this 5th day of November, 2013.

_____
Gloria M. Navarro
United States District Judge